UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-02417-PSG (KKx)**          Date: **September 4, 2015**

Title:  **Solar Sun Rings, Inc. v. Secard Pools, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>            <u>    n/a    </u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                None present

**PROCEEDINGS:  (IN CHAMBERS)**

The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  While the Court appreciates the parties' use of the sample stipulated protective order, the parties have omitted language defining "Action" in paragraph 2.1.  The Court, therefore, declines to issued the proposed protective order to which the parties have stipulated at this time.


cc:    Judge Philip S. Gutierrez