SEPEHR DAGHIGHIAN, State Bar No. 239349
NATHAN TALEI, State Bar No. 281498
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone: (310) 887-1333
Facsimile: (310) 887-1334
E-mail: sepehr@daghighian.com
nathan@daghighian.com

E-FILED 3/9/16

JS-6

Attorneys for Plaintiff:
**SOLAR SUN RINGS, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLAR SUN RINGS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SECARD POOLS, et al.<br><br>　　　　　Defendants.<br><br>SECARD POOLS, INC., a California Corporation,<br><br>　　　　　Counterclaim Plaintiff,<br><br>v.<br><br>SOLAR SUN RINGS, INC., a California Corporation,<br><br>　　　　　Counterclaim Defendant. | Case No. 5:14-cv-02417 PSG-KK<br><br>**STIPULATION OF DISMISSAL AS TO ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**; ORDER |

- 1 -

**STIPULATION OF DISMISSAL**

TO THE COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-Defendant: SOLAR SUN RINGS, INC.; Counterclaim-Defendants LORA ROSENE, RICHARD ROSENE, and DAVID BARTOLI; Defendant/Counterclaim-Plaintiff: SECARD POOLS, INC.; Defendants: JOE SECARD, EDMOND SECARD, PINCH A PENNY, POOL SUPPLY UNLIMITED, SUN WHOLESALE SUPPLY, WAYFAIR, LLC, WAL-MART STORES, INC., SEARS HOLDINGS MANAGEMENT CORPORATION, HOME DEPOT U.S.A., INC., LOWE'S HOME CENTERS, LLC, and OVERSTOCK.COM, INC. hereby stipulate to dismiss the above-captioned action with prejudice in accordance with the terms of a settlement agreement. The court shall retain jurisdiction of this matter in order to enforce the settlement agreement. Pursuant to the parties' settlement agreement, each party is to bear its own costs and attorneys' fees.

Dated: March 7, 2016

By: /s/ Victor de Gyarfas
VICTOR DE GYARFAS
**FOLEY & LARDNER LLP**
Attorneys for Defendants SECARD POOLS; JOE SECARD; EDMOND SECARD; PINCH A PENNY, POOL SUPPLY UNLIMITED; SUN WHOLESALE SUPPLY; WAYFAIR, LLC; WAL-MART STORES, INC.

**IT IS SO ORDERED.**

DATED: 3/8/16

_____
**U.S. DISTRICT JUDGE**

LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

- 1 -

**STIPULATION OF DISMISSAL**

/s/ Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ.
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
Attorney for Plaintiff/Counterclaim Defendants SOLAR SUN RINGS, INC., LORA ROSENE, RICHARD ROSENE, DAVID BARTOLI

/s/ Ronnie Casey Hull
RONNIE CASEY HULL, ESQ.
Attorney for Defendants LOWE'S HOME CENTERS, LLC, OVERSTOCK.COM, INC. WAL-MART STORES, INC., HOME DEPOT, U.S.A., INC, AND SEARS HOLDINGS MANAGEMENT CORPORATION

**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 NORTH CAMDEN DRIVE, FOURTH FLOOR
BEVERLY HILLS, CALIFORNIA 90210

- 2 -

**STIPULATION OF DISMISSAL**